UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

TONITA QUEEN,

    Plaintiff,

v.

FMA ALLIANCE LTD.,

    Defendant.

_____/

CASE NO.

**09-CV-81399-Zloch-Rosenbaum**

FILED by _VT_ D.C.
ELECTRONIC

**Sept. 17, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, TONITA QUEEN ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiffs' Complaint against Defendant, FMA ALLIANCE LTD. ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1.     The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C. 1692(a) – (e)).

2.     Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of FMA ALLIANCE LTD. (hereinafter "Defendant") with regard to attempts by Defendant, a

debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3.     For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

4.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

5.     Because Defendant maintains a business office and conducts business in the state of Florida, personal jurisdiction is established.

6.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

7.     Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

8.     Plaintiffs is a natural person who resides in the City of Boca Raton, County of Palm Beach, State of Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

9.     Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in the City of Houston, State of Texas.

10.     Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

VERIFIED COMPLAINT                                        2

## FACTUAL ALLEGATIONS

11.     Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.  (See transcribed voicemail messages attached as Exhibit A)

12.     Defendant called Plaintiff at Plaintiff's home number and cell number.

13.     Defendant called Plaintiff from 877-263-8309 and 866-428-3260.

14.     Defendant threatened to file a lawsuit against Plaintiff if Plaintiff did not pay the alleged debt.

15.     Defendant threatened to garnish Plaintiff's wages if Plaintiff did not pay the alleged debt.

16.     Defendant called Plaintiff and hung up before Plaintiff or before voicemail answers the phone.

17.     Defendant caller left several subsequent voicemail messages where caller failed to disclose that the call is from a debt collector.  (See messages Exhibit A.)

## COUNT
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

18.     Plaintiff repeats, re-alleges and incorporates by reference all of the foregoing paragraphs.

19.     Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

> a.  Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.
>
> b.  Defendant violated *§1692d(6)* of the FDCPA because Defendant called and

VERIFIED COMPLAINT                                                3

hang up without leaving a message therefore failing to provide meaningful disclosure of Defendant's identity.

c. Defendant violated *§1692e(4)* of the FDCPA because Defendant made a false or misleading statement when Defendant stated to Plaintiff that Plaintiff's non-payment of debt will result in wage garnishment.

d. Defendant violated *§1692e(5)* of the FDCPA because Defendant made a false or misleading statement when Defendant stated to Plaintiff that Defendant is about to take legal action against Plaintiff when it did not intend to do so.

e. Defendant violated *§1692e(10)* of the FDCPA because Defendant used false representation or deceptive means to collect a debt or obtain information concerning Plaintiff when Defendant voicemail messages that do not disclose that the call is from a debt collector.

f. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

20.     As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, humiliation, depression and other emotions, symptoms and ailments. (See Exhibit B).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

21.     Declaratory judgment that the Defendant's conduct violated the FDCPA.

22.     Actual damages.

23.     Statutory damages pursuant to the FDCPA, 15 U.S.C. 1692k.

VERIFIED COMPLAINT

24.     Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

25.     Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: _____

Matthew Kiverts
Krohn & Moss, Ltd
120 W Madison St, 10th Floor
Chicago, IL 60602
Phone: (312) 578-9428
Fax:    (866) 431-5576
Attorney for Plaintiff
FBN: 13143

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, TONITA QUEEN hereby demands trial by jury in this action.

VERIFIED COMPLAINT                                                                    5

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

Plaintiff, TONITA QUEEN, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TONITA QUEEN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7/1/09

TONITA QUEEN,
Plaintiff

VERIFIED COMPLAINT                                           6

**EXHIBIT A**

This is Stephanie contacting you from FMA Alliance.  This message is for Tonita L. Queen.  I definitely need to hear from you today here in my office.  My toll free number is 877-263-8309.  My direct extension is 7098.  Please refer to your reference number 25015932.

Tonita Queen, this is _____ calling from FMA Alliance.  I need you to return my phone call as soon as possible at 866-428-3260, extension 7198.  When you call in, reference file number 25015932.

This is Ms. Russel calling from FMA Alliance with a personal and private message for Tonita L. Queen.  I definitely need you to return my call today.  My toll free number is 877-263-8309.  My direct extension is 7098.  Please refer to reference number 25015932.

This message is for Tonita Queen.  My name is Ms. Davis and I am calling from FMA Alliance.  Return the phone call at my office at 1866-428-3260.  My extension is 7014.  The reference file number is 25015932

This is a message for Tonita Queen.  If you are not Tonita Queen then please hang up or disconnect.  If you are Tonita Queen, then please continue to listen to this message.  There will now be a three-second pause in this message.  By continuing to listen to this message, you acknowledge you are Tonita Queen.  This is FMA Alliance with an important business matter.  Please call us at 877-263-8309.  We are open Monday through Friday from 7 a.m. to 9 p.m., on Saturdays from 8 a.m. to 4 p.m. central time.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

This message is for Tonita Queen.  If this is Tonita Queen, please return my call at 866-428-3260 at extension 7108, reference number 2501593.

Tonita Queen, this is Charlene Pullman calling.  I need you to return my call right today at 1877-263-8309 extension is 7207.  When calling back use reference number 25015932.

This message is intended for Tonita Queen.  If you are not Tonita Queen, please stop this message or disconnect now.  Tonita Queen, there will be a pause to allow you to listen to the following message in private.  Tonita Queen call me, Jackson, as soon as possible at 877-263-8309.  My extension is 7136.  When you call back please refer to reference number 25015932.

**<u>EXHIBIT B</u>**

I have suffered from the following due to, or made worse by, the actions of the ~~Defendant's debt collection activities~~:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — YES (NO)
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — YES NO
14. Negative impact on my job — YES NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____

_____

_____

_____

_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7/9/09

Signed Name _____

Printed Name _____

JS 44 (Rev. 2/08)
# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| TONITA QUEEN | FMA Alliace LTD |

**(b)** County of Residence of First Listed Plaintiff  Palm Beach County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Harris (TX)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Matthey Kiverts, Esq., (312)-578-9428
Krohn & Moss, Ltd.
120 W. Madison St. 10th floor Chicago, IL 60602

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☑ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

*9:09 cv 81399-ZlOch-RSR*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability  ☐ 365 Personal Injury - | of Property 21 USC 881 |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander  ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability  Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine  **PERSONAL PROPERTY** | Safety/Health |  | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product  ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability  ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability  ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal  Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment  Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/  **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations  ☐ 530 General |  | 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 462 Naturalization |  | Under Equal Access to Justice |
|  | Employment  ☐ 550 Civil Rights | Application |  |  |
|  | ☐ 446 Amer. w/Disabilities -  ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien |  | ☐ 950 Constitutionality of State |
|  | Other | Detainee |  | Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 465 Other Immigration |  |  |
|  |  | Actions |  |  |

## V. ORIGIN   (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO     b) Related Cases ☐ YES ☑ NO

JUDGE                                   DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

15 USC 1692, et sq.; Unlawful and Abusive Debt Collection Practices

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE   August 8, 2009

FOR OFFICE USE ONLY
AMOUNT  350⁰⁰   RECEIPT # 547529